IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES LINDSEY HOWZE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4480

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

James Lindsey Howze, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jay Kubica, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ.,CONCUR.